UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DENNIS SULLIVAN,<br><br>                  Plaintiff,<br><br>  vs.<br><br>DANIEL SEGOVIA, GARRETT KENT, BEAU BATEZAR, JARED PILOLA, JOSH DAHR, DANIEL WILLIAMSON, NICHALAS GRAVELEY,<br><br>                  Defendants. | Case No. CV-18-083-H-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 23), Judgment is entered in favor of Defendants.

      Dated this 24th day of October 2019.

                              TYLER P. GILMAN, CLERK

                              By: /s/ H. Gauthier
                              H. Gauthier, Deputy Clerk